# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville, NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4612
MY EMAIL ADDRESS IS: KATHRYN.BARRY@JACKSONLEWIS.COM

December 19, 2022

**VIA ECF**

The Honorable Anne Donnelly
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East, Courtroom 4G
Brooklyn, New York 11201

        Re: *Jennifer Johnson. v. Maximus Services, LLC*
           Case No.: 22-cv-02935 (AMD) (JRC)

Dear Judge Donnelly:

  As counsel for Defendant Maximus Services, LLC ("Maximus"), we write in response to Your Honor's December 13, 2022 Order that Maximus "submit clearer copies of the two redacted exhibits that match the shade and color of the plaintiff's original exhibits." Maximus' redactions were done electronically, to the documents as they were downloaded from the Court's electronic case filing system. Other than applying the redactions to the personal information, we did not make any changes to the documents, nor did we print and rescan the pages. *Compare* ECF page numbers 96-101, *with* ECF page numbers 995-1000; *compare* ECF page numbers 112-13, *with* ECF page numbers 1011-12; *compare* ECF page numbers 625-30, *with* ECF page numbers 1083-88; *compare* ECF page numbers 640-41, *with* ECF page numbers 1098-99. To the extent there are any changes to the color and shade of these documents as compared to the documents Plaintiff filed with the Court, we presume those changes are attributable to those documents being scanned by the *pro se* office. Thus, as Maximus does not have access to any other versions of Plaintiff's exhibits, it is unable to submit clearer copies.

  We thank the Court for its time and consideration to this matter.

           Respectfully submitted,

          JACKSON LEWIS, P.C.

          *Kathryn J. Barry*

          Kathryn J. Barry

cc: Pro se Plaintiff
   Jennifer Johnson
   Saynototheshot2021@protonmail.com
   22-46 79th Street, Apt. 3A
   East Elmhurst, NY 11370